IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL JAMES SPILLMAN,**

    **Petitioner,**

**v.**                                                         **Case No. 1:23-cv-166-AW-MAF**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Michael James Spillman pleaded *nolo contendere* to multiple arson counts and received concurrent ten-year sentences. He did not timely appeal, and the First DCA later dismissed his untimely appeal. He filed a Rule 3.850 motion, which the trial court denied. He did not timely appeal that order either.

Spillman now seeks § 2254 relief here. The State moved to dismiss as untimely, and the magistrate judge recommends that the court grant that motion. ECF No. 23. Spillman was granted an extension to file objections, but he never filed any.

I have carefully considered the magistrate judge's report and recommendation (ECF No. 23), and I agree that the petition must be dismissed as untimely. I now adopt the report and recommendation and incorporate it into this order. The State's motion to dismiss (ECF No. 18) is GRANTED. Spillman's motion to dismiss (ECF

1

No. 22) is DENIED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on March 18, 2024.

s/ *Allen Winsor*
United States District Judge
